UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA BENDER,

    Plaintiffs,

v.                                      CASE NO: 8:04-cv-1929-T-23EAJ

CITY OF CLEARWATER,

    Defendant,

_____/

## **ORDER**

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a December 13, 2005, order (Doc. 34) referred the defendant's motion (Docs. 21) for summary judgment to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's April 4, 2006, report and recommendation (Doc. 37), no party objects to the report and the time for filing objections has expired.

    Accordingly, the Magistrate Judge's report and recommendation (Doc. 37) is **ADOPTED**. The defendant's motion (Doc. 21) for summary judgment is **GRANTED**. The Clerk is directed to (1) enter judgment in favor of the defendant and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

    ORDERED in Tampa, Florida, on April 19, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE